■ In the Matter of CHRISTOPHER COCCHIARALEY, Petitioner, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

[64 NYS3d 605]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent Anne E. Minihan, a Justice of the Supreme Court, Westchester County, from enforcing an order dated May 18, 2017, in a proceeding entitled *Matter of Cocchiaraley v New York State Dept. of Health*, pending in the Supreme Court, Westchester County, under index No. 51119/17.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]).

The petitioner has failed to establish a clear legal right to the relief sought. Rivera, J.P., Leventhal, Maltese and Duffy, JJ., concur.